COOLEY LLP
JOHN W. CRITTENDEN (CA #101634)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
PETER J. WILLSEY (*pro hac vice*)
NISHAN KOTTAHACHCHI (CA #221612)
777 6th Street, NW
Washington, DC 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Plaintiffs
Jackson Family Wines, Inc. and LC TM Holdings LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY WINES, INC. and LC TM HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DIAGEO NORTH AMERICA, INC. and DIAGEO CHATEAU & ESTATE WINES CO.,<br><br>Defendants. | Case No. CV 11-05639 MEJ<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 3, 2012

COOLEY LLP
JOHN W. CRITTENDEN (CA #101634)
PETER J. WILLSEY (*pro hac vice*)
NISHAN KOTTAHACHCHI (CA #221612)

_____
Nishan Kottahachchi

Attorneys for Plaintiffs Jackson Family Wines, Inc. and LC TM Holdings LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012 a true and correct copy of the foregoing **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** has been served by Federal Express addressed to the following individuals:

Brendan J. O'Rourke, Esq.
Adam D. Siegartel, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299

Attorneys for Diageo North America, Inc. and
Diageo Chateau & Estate Wines. Co.

*/s/ Vicki Vaughan*
Vicki Vaughan

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT