# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| JACKSON FAMILY WINES INC <br><br>  Plaintiff(s), <br> v. <br> DIAGEO NORTH AMERICA INC <br><br>  Defendant(s). <br> _____/ | No. C-11-05639 MEJ <br><br> **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge;

(2) One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence; or

(3) One or more of the parties has failed to respond to an order to file a consent to proceed before a Magistrate Judge.

All previous hearing dates are hereby **VACATED.**

Dated: February 3, 2012

Richard W. Wieking, Clerk
United States District Court

_____
By: Brenda Tolbert, Deputy Clerk