**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**February 6, 2012**

CASE NUMBER:  CV 11-05639 MEJ
CASE TITLE:  JACKSON FAMILY WINES INC-v-DIAGEO NORTH AMERICA INC

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable EDWARD M CHEN**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EMC**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/6/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                             Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                    Entered in Computer 2/6/12AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA