United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JACKSON FAMILY WINES, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>DIAGEO NORTH AMERICA, INC., et al.,<br><br>           Defendants. | Case No.: 11-5639 EMC (JSC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR PROFIT INFORMATION AND DENYING ALL OTHER PRODUCTION REQUESTS (Dkt. No. 32)** |

The Court is in receipt of a discovery dispute letter filed by the parties on June 1, 2012, and referred to this Court on June 12, 2012. (Dkt. Nos. 32, 33.)  After reviewing the materials provided by the parties, and with the benefit of oral argument on June 14, 2012, the Court GRANTS Plaintiff's request for a profit estimate related to Defendants' Crème de Lys products and DENIES all other requests by the parties.  For the purposes of the June 21, 2012 settlement conference, Defendants shall provide Plaintiff with a written letter estimating this profit information on or before Monday, June 18, 2012.

This Order disposes of Docket No. 32.

**IT IS SO ORDERED.**

Dated:  June 14, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE