IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY WINES, INC., et al., | Case No. 11-5639 EMC (JSC) |
| Plaintiffs, | **ORDER REGARDING DISCOVERY DISPUTES (DKT. NOS. 53 & 54.)** |
| v. | |
| DIAGEO NORTH AMERICA, INC., et al., | |
| Defendants. | |

Now pending before the Court are two joint discovery letter briefs concerning the parties' search term disputes. The Court hereby sets a hearing on the joint letters for Thursday, May 23, 2013 at 9:00 a.m. in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California. The parties are ordered to appear in-person.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE