IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY WINES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIAGEO NORTH AMERICA, INC., et al., <br><br> Defendants. | Case No. 11-5639 EMC (JSC) <br><br> **ORDER RE: JOINT DISCOVERY LETTERS (DKT. NOS. 53 & 54.)** |

For the reasons stated at the hearing on May 23, 2013, the Court DENIES each side's respective motions to compel without prejudice. The parties shall meet and confer in person and work collaboratively to facilitate the production of relevant documents in an efficient matter. This means that if a party believes a certain request is overly burdensome, it must share the information which backs up that assertion and must propose an alternative that makes sense. If the parties are unable to resolve their disputes, they shall submit a further joint letter brief. The parties are warned to be reasonable as the Court may simply choose the proposal that is the least unreasonable.

Before any further discovery disputes are filed with the Court, the parties must meet and confer in person, alternating between each side's office unless they agree otherwise.

1    This Order disposes of Dkt. Nos. 53 & 54.

3    **IT IS SO ORDERED.**

5    Dated: May 24, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE