**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACKSON FAMILY WINES, INC. and LC TM HOLDINGS, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DIAGEO NORTH AMERICA, INC. and DIAGEO CHATEAU & ESTATE WINES CO.,<br><br>　　　　　Defendants. | Case No. CV-11-5639 (EMC) (JSC)<br><br>**[~~PROPO~~SED] ORDER REGARDING STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF EXPERT DISCOVERY** |

As the parties stipulated,

IT IS HEREBY ORDERED that the deadline for the completion of expert discovery previously set for August 16, 2013 is hereby extended to September 30, 2013.

Dated: 8/7/13

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

199345 /DC