IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY WINES, INC., et al., <br> Plaintiffs, <br> v. <br> DIAGEO NORTH AMERICA, INC., et al., <br> Defendants. | Case No. 11-5639 EMC (JSC) <br> **ORDER SETTING HEARING** |

The Court is in receipt of the parties' joint discovery letter concerning Plaintiffs' request to modify the confidentiality designations applied to six depositions and covering some 600 pages of deposition transcripts. (Dkt. No. 108-3.) Plaintiffs contend that they need the confidentiality designations reduced so their counsel can share information with them in anticipation of trial and settlement discussions. While the parties identify examples of the testimony in dispute, the parties' letter does not identify each discrete portion of the transcripts that is at issue.

The Court hereby orders the parties to appear in person in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California on December 5, 2013 at 9:00 a.m. The Court further orders that the person with the decision-making authority regarding the confidentiality designations of the transcripts also appear in person on December 5 at 9:00 a.m. The

parties shall bring with them all the disputed documents at issue in the joint letter. The parties will meet and confer in the Court's jury room and attempt to resolve the disputes on their own. If any dispute remains following the parties' meet and confer, the Court will hear it at 2:30 p.m. At that time, the parties will be expected to address—line by line—whether the deposition testimony is subject to the proper confidentiality designation.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE