COOLEY LLP
MICHAEL G. RHODES (State Bar No. 116127)
(rhodesmg@cooley.com)
JOHN W. CRITTENDEN (State Bar No. 101634)
(jcrittenden@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

COOLEY LLP
PETER J. WILLSEY (*pro hac vice*)
(pwillsey@cooley.com)
BRENDAN J. HUGHES (*pro hac vice*)
(bhughes@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004
Telephone:     (202) 842-7800
Facsimile:      (202) 842-7899

Attorneys for Plaintiffs
JACKSON FAMILY WINES, INC. and
LC TM HOLDING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY WINES, INC. and LC TM HOLDING, LLC,<br><br>                Plaintiffs,<br><br>       v.<br><br>DIAGEO NORTH AMERICA, INC. and DIAGEO CHATEAU & ESTATE WINES CO.,<br><br>                Defendants. | Case No. CV-11-5639 (EMC) (JSC)<br><br>**DECLARATION OF BRENDAN J. HUGHES IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**JUDGE EDWARD M. CHEN** |

I, Brendan J. Hughes, declare:

1. I am a partner with the law firm Cooley LLP, counsel for Jackson Family Wines, Inc. and LC TM Holding, LLC (collectively, "JFW"). Based on my representation of JFW, I have knowledge of the facts set forth in this declaration and testify as follows.

2. Pursuant to the Stipulated Protective Order, the parties designated the following as "Confidential" or "Highly Confidential – Outside Counsel Only:"

- Exhibit C to Plaintiffs' Motion *in Limine* No. 1;
- Exhibit 1 to Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 2;
- Exhibits 1, 2, 3, 4, and 5 to Plaintiffs' Motion *in Limine* No. 4; and
- Exhibits 1, 2, and 3 to Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 4.

3. Exhibit C to Plaintiffs' Motion *in Limine* No. 1 constitutes confidential deposition testimony of Ms. Judith Schvimmer, Vice President, Legal Counsel of Jackson Family Enterprises. In the selected testimony, Ms. Schvimmer discussed Plaintiffs' confidential trademark prosecution and enforcement policies. Good cause exists to file this testimony under seal as it contains information that, if publicly disclosed, could cause competitive harm to Plaintiffs by providing third parties with access to Plaintiffs' intellectual property enforcement strategies.

4. Exhibit 1 to Defendants' Opposition to Plaintiffs' Motion *in Limine* No. 2 constitutes a confidential demand letter to a third party. Good cause exists to file the demand letter under seal. The letter contains confidential settlement terms, the public disclosure of which could cause competitive harm to Plaintiffs by providing third parties with access to sensitive business information and potentially giving such third parties an unfair advantage in their dealings with Plaintiffs.

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge and belief.

4  Dated: January 30, 2014

*/s/ Brendan J. Hughes*
BRENDAN J. HUGHES (*pro hac vice*)

Attorney for Plaintiffs
JACKSON FAMILY WINES, INC. and
LC TM HOLDING, LLC

212460 /DC

3.

**DECLARATION OF BRENDAN J. HUGHES IN SUPPORT
OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-05639-EMC (JSC)**