# EXHIBIT L

Generated on: This page was generated by TSDR on 2013-07-03 16:00.03 EDT
Mark: CRÈME DE LYS

# CRÈME DE LYS

| | | | |
|---|---|---|---|
| US Serial Number: | 85045359 | Application Filing Date: | May 21, 2010 |
| US Registration Number: | 3890298 | Registration Date: | Dec. 14, 2010 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Dec. 14, 2010 | | |
| Publication Date: | Sep. 28, 2010 | | |

## Mark Information

Mark Literal Elements: CRÈME DE LYS

Standard Character Claim: Yes  The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

Translation: The English translation of the words "CRÈME DE LYS" in the mark is "CREAM OF THE LILY".

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [ ] indicate deleted goods/services;
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services

| | | | |
|---|---|---|---|
| For: | Alcoholic beverages except beers | | |
| International Class(es): | 033 - Primary Class | U.S Class(es): | 047, 049 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Aug. 02, 2010 | Use in Commerce: | Aug. 02, 2010 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | Yes | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Diageo Chateau & Estate Wines Company |
| Owner Address: | 240 Gateway Road West |
| | Napa, CALIFORNIA 94558 |
| | UNITED STATES |
| Legal Entity Type: | CORPORATION |

State or Country Where Organized: CALIFORNIA

## Attorney/Correspondence Information

Attorney of Record

| | |
|---|---|
| Attorney Name: | Diane Plaut |
| Attorney Primary Email Address: | trademarks@diageo.com |

Attorney Email Authorized: No

Correspondent

DCE015675

Correspondent    DIANE PLAUT
Name/Address:    DIAGEO NORTH AMERICA, INC
                 801 MAIN AVE
                 NORWALK, CONNECTICUT 06851-1127
                 UNITED STATES

Phone: 203-229-2190                                   Fax: 203-845-5925

Correspondent e-mail: trademarks@diageo.com          Correspondent e-mail    No
                                                      Authorized:

                          Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 26, 2012 | NOTICE OF SUIT | |
| Dec. 14, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 28, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Sep. 28, 2010 | PUBLISHED FOR OPPOSITION | |
| Aug. 26, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Aug. 25, 2010 | ASSIGNED TO LIE | 70468 |
| Aug. 10, 2010 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| Aug. 09, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 09, 2010 | USE AMENDMENT ACCEPTED | 82088 |
| Aug. 07, 2010 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Aug. 07, 2010 | USE AMENDMENT FILED | 88889 |
| Aug. 06, 2010 | TEAS AMENDMENT OF USE RECEIVED | |
| Aug. 06, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 06, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 06, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Aug. 06, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 12, 2010 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 12, 2010 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 12, 2010 | NON-FINAL ACTION WRITTEN | 82088 |
| Jul. 09, 2010 | ASSIGNED TO EXAMINER | 82088 |
| May 26, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 25, 2010 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: PUBLICATION AND ISSUE SECTION          Date In Location: Dec 14, 2010

DCE015676

✎ AO 120 (Rev. 2/99)

| TO:   Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court ____Northern District of California____ on the following ☐ Patents or   X Trademarks:

| DOCKET NO.<br>CV 11-05639 MEJ | DATE FILED<br>11/21/11 | U.S. DISTRICT COURT<br>                    Northern District of California |
|---|---|---|
| PLAINTIFF<br>JACKSON FAMILY WINES INC | | DEFENDANT<br>DIAGEO NORTH AMERICA INC |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 3,393,573 | | |
| 2 3,890,298 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |  |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>            Richard W. Wieking | (BY) DEPUTY CLERK<br>            Gloria Acevedo | DATE<br>            November 22, 2011 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy

DCE015677

COOLEY LLP
JOHN W. CRITTENDEN (CA #101634)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

COOLEY LLP
PETER J. WILLSEY (pro hac vice pending)
NISHAN KOTTAHACHCHI (CA #221612)
777 6th Street, NW
Washington, DC 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Plaintiffs
Jackson Family Wines, Inc. and LC TM Holdings LLC

ORIGINAL
FILED

NOV 21 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11        5639

| | |
|---|---|
| JACKSON FAMILY WINES, INC. and LC TM HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DIAGEO NORTH AMERICA, INC. and DIAGEO CHATEAU & ESTATE WINES CO.,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §1114;**<br><br>**(2) UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. §1125**<br><br>**(3) TRADEMARK DILUTION UNDER CAL. BUS. & PROF. CODE §14247**<br><br>**(4) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE §17200, *ET SEQ.***<br><br>**DEMAND FOR JURY TRIAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

COMPLAINT

DCE015678

1    Plaintiffs Jackson Family Wines, Inc. and LC TM Holdings LLC (collectively,

2  "Plaintiffs") complain and allege against Diageo North America, Inc. and Diageo Chateau &

3  Estate Wines Co. (collectively, "Defendants") as follows:

4                              **THE PARTIES**

5    1.    Plaintiff Jackson Family Wines, Inc.  ("Plaintiff" or "JFW") is a corporation

6  organized under the laws of the State of Delaware with its principal place of business at 421

7  Aviation Blvd., Santa Rosa, CA 95403.  JFW is the exclusive licensee of the LA CREMA®

8  trademark.

9    2.    Plaintiff LC TM Holdings LLC ("Plaintiff" or "LC TM") is a limited liability

10  corporation organized under the laws of the State of Delaware with its principal place of business

11  at 421 Aviation Blvd., Santa Rosa, CA 95403.  LC TM is the owner and licensor of the LA

12  CREMA® trademark.

13    3.    Defendant Diageo North America, Inc. ("Defendant" or "DNA") is a corporation

14  organized under the laws of the State of Connecticut with its principal place of business at 801

15  Main Avenue, Norwalk, CT 06851.   On information and belief, DNA produces and distributes

16  wine products under the CRÈME DE LYS trademark and is a co-owner, licensor, or licensee of

17  the CRÈME DE LYS trademark.

18    4.    Defendant Diageo Chateau & Estate Wines Co. ("Defendant" or "DCEW") is a

19  corporation organized under the laws of the State of California with its principal place of business

20  at 240 Gateway Road West, Napa, CA 94558.  On information and belief, DCEW owns the

21  wineries that produce CRÈME DE LYS wine products and is a co-owner, licensor, or licensee of

22  the CRÈME DE LYS trademark.

23                      **JURISDICTION AND VENUE**

24    5.    This action arises under the federal trademark statute (the "Lanham Act"), 15

25  U.S.C. §1051 *et seq.*

26    6.    This Court has jurisdiction over the subject matter of this action under 15 U.S.C. §

27  1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.                          COMPLAINT

DCE015679

7.     Plaintiffs are informed and believe, and on that basis allege, that this Court has personal jurisdiction over Defendants because (i) Defendant DCEW has its principal place of business in the State of California and this judicial district; (ii) Defendants conduct business within the State of California and this judicial district; (iii) Defendants have caused their wine products to be advertised, promoted, and sold under the CRÈME DE LYS trademark in the State of California and this judicial district; (iv) the causes of action asserted in this Complaint arise out of Defendants' contacts with the State of California and this judicial district; and (v) Defendants have caused tortious injury to Plaintiffs in the State of California and this judicial district.

8.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c) because (i) Defendant DCEW has its principal place of business in the State of California and this judicial district; (ii) Defendants conduct business within the State of California and this judicial district; (iii) Defendants have caused their wine products to be advertised, promoted, and sold under the CRÈME DE LYS trademark in the State of California and this judicial district; (iv) the causes of action asserted in this Complaint arise out of Defendants' contacts with the State of California and this judicial district; and (v) Defendants have caused tortious injury to Plaintiffs in the State of California and this judicial district.

## INTRADISTRICT ASSIGNMENT

9.     This is an Intellectual Property Action to be assigned on a district wide basis pursuant to Civil L.R. 3-2(c).

## FACTUAL BACKGROUND

### PLAINTIFFS' BUSINESS AND THE LA CREMA® TRADEMARK

10.     JFW is a leading producer and distributor of highly acclaimed, premium wine varietals marketed and sold under the trademark LA CREMA®.  Plaintiffs have dedicated substantial efforts and resources over a number of years to developing and producing their renowned LA CREMA® wines featuring the Burgundian varietals Chardonnay and Pinot Noir and also including Gewurztraminer, Pinot Gris, Pinot Noir Rosé, Riesling, Syrah, and Viognier. LA CREMA® wines are hand-crafted to reflect the distinct character of five of the finest California appellations:  Russian River Valley, Los Carneros, Anderson Valley, Sonoma Coast,

DCE015680

and Monterey.  As a result of their efforts and acclaimed wine making, Plaintiffs' wines are widely considered by consumers and industry experts to be among the finest in the United States.

11.    LA CREMA® wines are distributed in all 50 states in the United States.

12.    Since at least as early as October of 1987, Plaintiffs have continuously used the inherently distinctive trademark LA CREMA® to market and sell their wines throughout the United States.

13.    Plaintiffs have devoted substantial time, effort, and resources to the development and extensive promotion of the LA CREMA® trademark and the wines offered thereunder.  As a result of Plaintiffs' efforts and the superior quality of the wines offered under the LA CREMA® trademark, the public has come to recognize and rely upon the LA CREMA® trademark as an indication of high quality wines and the LA CREMA® trademark enjoys substantial goodwill in the marketplace and is a valuable asset of Plaintiffs.

14.    On October 10, 2000, the United States Patent & Trademark Office ("PTO") issued U.S. Trademark Registration No. 2,393,573 for the mark LA CREMA in connection with "wines" (the "LA CREMA registration"), which is currently owned by LC TM.  A true and correct copy of the LA CREMA registration certificate is attached as Exhibit A.

15.    The LA CREMA registration is in full force and effect on the PTO's Principal Register and gives rise to presumptions in favor of LC TM with respect to validity, ownership, and exclusive rights to use the LA CREMA® mark throughout the United States.

16.    LC TM filed affidavits under Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058 and 1065, and the LA CREMA registration is incontestable.

17.    LA CREMA® wines are enormously popular and have received numerous accolades and awards over the years.

18.    LA CREMA® wines have annually outsold all other Chardonnays and Pinot Noirs priced over $15 in the United States since 2002.  Currently, LA CREMA® Chardonnay is the #1 selling Chardonnay priced above $12 and LA CREMA® Pinot Noir is the #1 selling Pinot Noir priced above $11 in the United States.

DCE015681

1    19.    The LA CREMA® Chardonnay and Pinot Noir wines have been ranked among the

2    top 10 most popular wines by *Wine & Spirits Magazine* since 2002.  In April 2011, *Wine &*

3    *Spirits Magazine* named LA CREMA® the second most popular Pinot Noir, the fourth most

4    popular Chardonnay, and the fifth best selling wine brand in America's restaurants.

5    20.    LA CREMA® also receives widespread attention from third party wine critics and

6    media.  Since 1992, LA CREMA® Chardonnay and Pinot Noirs have received over thirty scores

7    of 90 points or above from leading wine publications.  In 2011 alone, LA CREMA® Chardonnay

8    and Pinot Noirs were awarded at least six scores of 90 points or above by *Wine Enthusiast*

9    magazine and at least four scores of 90 points or above from the *Wine Advocate* newsletter.

10   21.    As a result of Plaintiffs' widespread use of the LA CREMA® mark in the United

11   States, extensive advertising and promotion of the wines sold in connection with the LA

12   CREMA® trademark, and the continuous and unsolicited media coverage, the LA CREMA®

13   trademark enjoys a high degree of consumer recognition and has become a famous mark.

14                 **DEFENDANTS' USE OF THE CRÈME DE LYS TRADEMARK**

15   22.    Defendants use the mark CRÈME DE LYS in connection with wines that compete

16   directly with Plaintiffs' LA CREMA® wines.

17   23.    The CRÈME DE LYS trademark is highly similar to the LA CREMA® trademark,

18   given that the term CRÈME is the dominant portion of the CRÈME DE LYS trademark and the

19   term CREMA is the dominant portion of the LA CREMA® trademark.  The English translation

20   of both CRÈME and CREMA is "cream."  Further, Defendants use a larger font for the term

21   CRÈME than the terms DE LYS on their wine bottles, as shown by the side by side comparison

22   of Plaintiffs' and Defendants' respective wines attached as Exhibit B, which further emphasizes

23   the "cream" portion of the mark.  The trade dress adopted by Defendants for their CRÈME DE

24   LYS wine labels is also strikingly similar to the trade dress first adopted by Plaintiffs for their LA

25   CREMA® wine labels in terms of color, font, and design.  Defendants' use of a parchment

26   colored label and an all capital letter dark colored font for the brand name is highly reminiscent of

27   the LA CREMA® label and further causes the overall commercial impression of the CRÈME DE

28   LYS trademark to appear highly similar to the  LA CREMA® trademark.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO                                         5.                                    COMPLAINT

DCE015682

24.     The CRÈME DE LYS trademark is nothing more than a knockoff of the LA CREMA® trademark.  Plaintiffs are informed and believe, and on that basis allege, that Defendants adopted the CRÈME DE LYS trademark with the intention of capitalizing on the fame of the LA CREMA® trademark, particularly with respect to the Pinot Noir and Chardonnay wine varietals – products for which LA CREMA® is the market leader in sales.

25.     Plaintiffs are informed and believe, and on that basis allege, that Defendants adopted the confusingly similar CRÈME DE LYS mark in an attempt to falsely associate their wines with Plaintiffs in order to trade on the substantial and valuable goodwill that Plaintiffs have built in the marketplace under the famous LA CREMA® trademark.

26.     On December 14, 2010, the PTO issued to DCEW U.S. Trademark Registration No. 3,890,298 for the mark CRÈME DE LYS in connection with "alcoholic beverages except beers" (the "CRÈME DE LYS registration").  The CRÈME DE LYS registration claims a first use date of August 2, 2010.  A true and correct copy of the CRÈME DE LYS registration certificate is attached as Exhibit C.

27.     Defendants' CRÈME DE LYS wines are offered through the same marketing and trade channels and to the same target customers as Plaintiffs' LA CREMA® wines.  For example, both Plaintiffs' LA CREMA® wines and Defendants' CRÈME DE LYS wines frequently appear together on restaurant wine lists, as shown on Exhibit D, where Plaintiffs' and Defendants' wines comprise half of the Chardonnay selection at two different restaurants in Sonoma, California and Brentwood, California.  In addition, Plaintiffs and Defendants have the same broker or distributor of their respective wine products in at least twenty states; thus, Plaintiffs' and Defendants' wine products are even more likely to appear in the same stores and restaurants in those states.

28.     Plaintiffs began using the LA CREMA® trademark over twenty years prior to Defendants' adoption of the confusingly similar CRÈME DE LYS trademark.  Furthermore, Plaintiffs obtained a U.S. registration for the LA CREMA trademark ten years prior to Defendants' adoption of the confusingly similar CRÈME DE LYS trademark.  The LA CREMA® trademark also acquired recognition in the consuming public and became famous well prior to Defendants' use of the CRÈME DE LYS trademark.

DCE015683

29.  Defendants' use of the CRÈME DE LYS trademark in connection with wines is likely to cause confusion in the marketplace and infringes Plaintiffs' valuable rights in the LA CREMA® trademark.

30.  Defendants' use of a trademark that is highly similar to Plaintiffs' LA CREMA® trademark creates a false suggestion of an affiliation or connection between Defendants and Plaintiffs.

31.  Plaintiffs are not affiliated with Defendants or the wines that Defendants offer in the United States.

32.  Plaintiffs have not consented to, sponsored, endorsed, or approved of Defendants' use of the confusingly similar CRÈME DE LYS trademark in connection with the production, marketing, or sale of any products or services.

33.  Defendants' use of the CRÈME DE LYS trademark dilutes the famous LA CREMA® trademark.

34.  On information and belief, Defendants' actions are willful and reflect an intent to confuse consumers and profit from the goodwill and consumer recognition associated with Plaintiffs and their LA CREMA® trademark.

35.  Plaintiffs sent a demand letter to DNA on or about August 31, 2011 informing DNA of Plaintiffs' valuable trademark rights and demanding that DNA cease all use of the CRÈME DE LYS trademark.  A true and correct copy of the August 31, 2011 demand letter is attached as Exhibit E.

36.  Defendants' failure to comply with Plaintiffs' demands demonstrates a deliberate intent to continue to wrongfully compete with Plaintiffs and to willfully infringe Plaintiffs' rights in the LA CREMA® trademark.

## FIRST CAUSE OF ACTION

## FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

37.  Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 36 of this Complaint as if fully set forth here.

DCE015684

38.    The LA CREMA® trademark is an inherently distinctive, strong, valid, and protectable trademark owned by Plaintiffs.

39.    Plaintiffs are informed and believe, and on that basis allege, that Defendants have marketed and sold in commerce wines bearing the confusingly similar CRÈME DE LYS trademark.

40.    Defendants' use of the CRÈME DE LYS trademark in connection with their wine products is likely to cause confusion, mistake, or deception as to the source or sponsorship of the products and/or is likely to lead the consuming public to believe that Plaintiffs have authorized, approved, or somehow sponsored Defendants' wine products.

41.    The actions of Defendants described above and specifically, without limitation, the Defendants' use of the confusingly similar CRÈME DE LYS trademark on their wines constitutes trademark infringement in violation of 15 U.S.C. § 1114.

42.    Plaintiffs have been, and will continue to be, damaged and irreparably harmed by the actions of the Defendants, which will continue unless Defendants are enjoined by this Court. Plaintiffs have no adequate remedy at law in that the amount of damage to Plaintiffs' business and reputation and the diminution of the goodwill of the LA CREMA® trademark is difficult to ascertain with specificity.  Plaintiffs are therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

43.    Plaintiffs are entitled to recover damages in an amount to be determined at trial and the profits made by Defendants on the sales of CRÈME DE LYS wine products. Furthermore, Plaintiffs are informed and believe, and on that basis alleges, that the actions of Defendants were undertaken willfully and with the intention of causing confusion, mistake, and deception, making this an exceptional case entitling Plaintiffs to recover treble damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1117, as well as prejudgment interest.

DCE015685

## SECOND CAUSE OF ACTION

### FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

### UNDER 15 U.S.C. § 1125

44.   Plaintiffs reallege and incorporate herein by this reference paragraphs 1 through 43 of this Complaint as if fully set forth here.

45.   Defendants have used in commerce and without Plaintiffs' authorization or consent the CRÈME DE LYS trademark in connection with wines, and the CRÈME DE LYS trademark is highly similar to the registered and common law LA CREMA trademark.

46.   Defendants' actions as described herein are likely to cause confusion and deception among the consuming public and is likely to lead the consuming public to believe that Plaintiffs have authorized, approved, or somehow sponsored Defendants' use of the CRÈME DE LYS trademark in connection with wines.

47.   Defendants' actions constitute unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a).

48.   Plaintiffs have been, and will continue to be, damaged and irreparably harmed by the actions of the Defendants, which will continue unless Defendants are enjoined by this Court. Plaintiffs have no adequate remedy at law in that the amount of damage to Plaintiffs' business and reputation and the diminution of the goodwill of the LA CREMA® trademark is difficult to ascertain with specificity.   Plaintiffs are therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

49.   Plaintiffs are entitled to recover damages in an amount to be determined at trial and profits made by Defendants on the sales of CRÈME DE LYS wines.  Furthermore, Plaintiffs are informed and believe, and on that basis alleges, that the actions of Defendants were undertaken willfully and with the intention of causing confusion, mistake, deception, making this an exceptional case entitling Plaintiffs to recover treble damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1117, as well as prejudgment interest.

DCE015686

## THIRD CAUSE OF ACTION

### TRADEMARK DILUTION UNDER CAL. BUS. & PROF. CODE § 14247

50.     Plaintiffs reallege and incorporate herein by this reference paragraphs 1 through 49 of this Complaint as if fully set forth here.

51.     The LA CREMA trademark is distinctive and famous within the meaning of Cal. Bus. & Prof. Code § 14247.

52.     Defendants' use of the CRÈME DE LYS trademark began after the LA CREMA trademark became famous.

53.     Defendants continued use of the CRÈME DE LYS trademark is likely to cause injury to Plaintiffs' business and reputation and the dilution of the distinctive quality of Plaintiffs' famous LA CREMA trademark in violation of Cal. Bus. & Prof. Code § 14247.

54.     Plaintiffs have been, and will continue to be, damaged and irreparably harmed by the actions of the Defendants, which will continue unless Defendants are enjoined by this Court. Plaintiffs have no adequate remedy at law in that the amount of damage to Plaintiffs' business and reputation and the diminution of the goodwill of the LA CREMA® trademark is difficult to ascertain with specificity.   Plaintiffs' are therefore entitled to injunctive relief pursuant to Cal. Bus. & Prof. Code § 14247.

55.     On information and belief, the actions of Defendants described herein were and continue to be deliberate and willful.   Plaintiffs are therefore entitled to recover damages in an amount to be determined at trial, profits made by Defendants on the sales of their wine products, and the costs of this action pursuant to Cal. Bus. & Prof. Code §§ 14247 and 14250.

## FOURTH CAUSE OF ACTION

### UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200, *ET SEQ.*

56.     Plaintiffs reallege and incorporate herein by this reference paragraphs 1 through 55 of this Complaint as if fully set forth here.

57.     By the acts described herein, Defendants have engaged in unlawful and unfair business practices that have injured and will continue to injure Plaintiffs' business and property in violation of Cal. Bus. & Prof. Code § 17200, *et seq.*

DCE015687

1    58.    Defendants' acts alleged herein have caused monetary damages to Plaintiffs in an

2    amount to be proven at trial.

3    59.    Defendants' acts have caused, and will continue to cause, irreparable injury to

4    Plaintiffs and their business, reputation, and trademarks, unless and until Defendants are

5    permanently enjoined.

6    60.    As a direct and proximate result of Defendants' conduct alleged herein,

7    Defendants have been unjustly enriched and should be ordered to disgorge any and all profits

8    earned as a result of such unlawful conduct.

9    **PRAYER FOR RELIEF**

10    WHEREFORE, Plaintiffs request the following relief:

11    A.    That Plaintiffs be granted preliminary and permanent injunctive relief under 15

12    U.S.C. § 1051 *et seq.* and California Business and Professions Code §§ 14247 and 17200 *et seq*;

13    specifically, that Defendants and all of their respective officers, agents, servants, representatives,

14    employees, attorneys, parent and subsidiary corporations, assigns and successors in interest, and

15    all other persons acting in concert with them be preliminarily and permanently enjoined from (i)

16    using the CRÈME DE LYS mark, or any mark confusingly similar, in connection with the

17    marketing, promotion, advertising, sale, or distribution of any wine product and (ii) from any acts

18    of infringement of Plaintiffs' LA CREMA® trademark.

19    B.    That Defendants file, within ten (10) days from entry of an injunction, a

20    declaration with this Court signed under penalty of perjury certifying the manner in which

21    Defendants have complied with the terms of the injunction;

22    C.    That Defendants be adjudged to have violated 15 U.S.C. § 1114 by infringing

23    Plaintiffs' LA CREMA® trademark;

24    D.    That Defendants be adjudged to have violated 15 U.S.C. § 1125(a) for unfairly

25    competing against Plaintiffs by using a false designation of origin for Defendants' wine products;

26    E.    That Defendants be adjudged to unlawfully and unfairly compete against Plaintiffs

27    under the laws of the State of California, Cal. Bus. & Prof. Code § 17200, *et seq.*;

28    F.    That Defendants be adjudged to have caused dilution of the LA CREMA mark

11.                COMPLAINT

DCE015688

1   under the laws of the State of California, Cal. Bus. & Prof. Code § 14247;

2        G.    That Plaintiffs be awarded Defendants' profits derived by reason of said acts, or as

3   determined by said accounting;

4        H.    That Plaintiffs be awarded three times Defendants' profits and three times of all

5   Plaintiffs' damages, suffered as a result of Defendants' willful, intentional, and deliberate acts in

6   violation of the Lanham Act, as well as Plaintiffs' costs, attorneys' fees, and expenses in this suit

7   under 15 U.S.C. § 1117;

8        I.     That Plaintiff be awarded damages in an amount sufficient to compensate it for the

9   damage caused by Defendants' unfair competition under Cal. Bus. & Prof. Code § § 17200 *et seq*;

10       J.     That Plaintiffs be awarded three times Defendants' profits and three times

11   Plaintiffs' damages suffered as a result of the willful, intentional, and deliberate acts in violation

12   of Cal. Bus. & Prof. Code §§ 14247 and 14250;

13       K.    That the United States Patent and Trademark Office be ordered to cancel U.S.

14   Trademark Registration No. 3,890,298 for the mark CRÈME DE LYS;

15       L.     That Plaintiffs be granted prejudgment and post judgment interest;

16       M.    That Plaintiffs be granted costs associated with the prosecution of this action; and

17       N.    That Plaintiffs be granted such further relief as the Court may deem just and

18   equitable.

19                     **DEMAND FOR JURY TRIAL**

20       Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs hereby demand a

21   trial by jury of all issues triable of right by a jury.

DCE015689

1  Dated: November 21, 2011

2

3                              COOLEY LLP
                               JOHN W. CRITTENDEN (CA #101634)
                               PETER J. WILLSEY (pro hac vice pending)
4                              NISHAN KOTTAHACHCHI (CA #221612)

5

6

7                              John W. Crittenden (CA #101634)

                               Attorneys for Plaintiffs Jackson Family Wines, Inc. and
8                              LC TM Holdings LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO                           13.                          COMPLAINT

DCE015690



# United States of America
## United States Patent and Trademark Office

# CRÈME DE LYS

**Reg. No. 3,890,298**
**Registered Dec. 14, 2010**
**Int. Cl.: 33**

**TRADEMARK**
**PRINCIPAL REGISTER**

DIAGEO CHATEAU & ESTATE WINES COMPANY (CALIFORNIA CORPORATION)
240 GATEWAY ROAD WEST
NAPA, CA 94558

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS, IN CLASS 33 (U.S. CLS. 47 AND 49)

FIRST USE 8-2-2010; IN COMMERCE 8-2-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE WORDS "CRÈME DE LYS" IN THE MARK IS "CREAM OF THE LILY".

SER. NO. 85-045,359, FILED 5-21-2010

JANICE KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, September 28, 2010 00:37 AM |
| **To:** | trademarks@diageo.com |
| **Subject:** | Official USPTO Notice of Publication: Serial Number 85045359 |

## NOTICE OF PUBLICATION

**Serial Number:** 85-045,359
**Mark:** CRÈME DE LYS(STANDARD CHARACTER MARK)
**International Class(es):** 033
**Applicant:** Diageo Chateau & Estate Wines Company
**Attorney Reference Number:**

The mark identified above has been published in the *Trademark Official Gazette* (OG) on Sep 28, 2010. Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then within twelve (12) weeks of the publication date a certificate of registration should issue.

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the OG for accuracy (see steps, *below*). If any information is incorrect, the applicant should immediately email the requested correction to **TMPostPubQuery@uspto.gov**. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**1.** Click on the following link or paste the URL into an internet browser:
http://www.uspto.gov/web/trademarks/tmog/20100928_OG.pdf#page=1
**2.** Wait for the total OG to download completely (as indicated on bottom of OG page).
**3.** At the top/side of the displayed page, click wherever the "binoculars" icon appears.
**4.** Enter in the "search" box the name of the applicant (for individual: last name, first name) or the serial number in this exact format (with hyphen and comma): 85-045,359, e.g.
**5.** View the retrieved result(s). If multiple results appear in the "results" box, click directly on each "search term" shown in the box to access all separate appearances in the OG.

DCE015692

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85045359 | FILING DATE | 05/21/2010 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KIM, JANICE | L.O. ASSIGNED | 103 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/27/2010 |
| PUB DATE | 09/28/2010 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 08/26/2010 |
| LITERAL MARK ELEMENT | CRÈME DE LYS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | CRÈME DE LYS |

DCE015693

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Diageo Chateau & Estate Wines Company |
| ADDRESS | 240 Gateway Road West<br>Napa, CA 94558 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 033 |
|---|---|
| DESCRIPTION TEXT | Alcoholic beverages except beers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 033 | FIRST USE DATE | 08/02/2010 | FIRST USE IN COMMERCE DATE | 08/02/2010 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| TRANSLATION | The English translation of the words "CRÈME DE LYS" in the mark is CREAM OF THE LILY. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/26/2010 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 018 |
| 08/25/2010 | ALIE | A | ASSIGNED TO LIE | 017 |
| 08/10/2010 | AAUA | E | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | 016 |
| 08/09/2010 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 08/09/2010 | IUAA | P | USE AMENDMENT ACCEPTED | 014 |
| 08/07/2010 | AUPC | I | AMENDMENT TO USE PROCESSING COMPLETE | 013 |
| 08/07/2010 | IUAF | S | USE AMENDMENT FILED | 012 |
| 08/06/2010 | EAAU | I | TEAS AMENDMENT OF USE RECEIVED | 011 |
| 08/06/2010 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |

DCE015694

| 08/06/2010 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/12/2010 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/12/2010 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/12/2010 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/09/2010 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/26/2010 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 05/25/2010 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Diane Plaut |
| CORRESPONDENCE ADDRESS | DIANE PLAUT<br>DIAGEO NORTH AMERICA, INC.<br>801 MAIN AVE<br>NORWALK, CT 06851-1127 |
| DOMESTIC REPRESENTATIVE | NONE |

DCE015695

# CRÈME DE LYS

DCE015696

## Trademark Snap Shot AAU Processing Stylesheet
### (Table presents the data on AAU Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85045359 | FILING DATE | 05/21/2010 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KIM, JANICE | L.O ASSIGNED | 103 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/10/2010 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 08/09/2010 |
| LITERAL MARK ELEMENT | CRÈME DE LYS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | CRÈME DE LYS |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |

| COLOR DRAWING FLAG | NO |
| --- | --- |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| --- | --- |
| NAME | Diageo Chateau & Estate Wines Company |
| ADDRESS | 240 Gateway Road West<br>Napa, CA 94558 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 033 |
| --- | --- |
| DESCRIPTION TEXT | Alcoholic beverages except beers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 033 | FIRST USE DATE | 08/02/2010 | FIRST USE IN COMMERCE DATE | 08/02/2010 | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |
| TRANSLATION | The English translation of CRÈME DE LYS in the mark is CREAM OF THE LILY. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 08/10/2010 | AAUA | E | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | 016 |
| 08/09/2010 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 08/09/2010 | IUAA | P | USE AMENDMENT ACCEPTED | 014 |
| 08/07/2010 | AUPC | I | AMENDMENT TO USE PROCESSING COMPLETE | 013 |
| 08/07/2010 | IUAF | S | USE AMENDMENT FILED | 012 |
| 08/06/2010 | EAAU | I | TEAS AMENDMENT OF USE RECEIVED | 011 |
| 08/06/2010 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 08/06/2010 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |

DCE015698

| 07/12/2010 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
|---|---|---|---|---|
| 07/12/2010 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/12/2010 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/09/2010 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/26/2010 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 05/25/2010 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Diane Plaut |
|---|---|
| CORRESPONDENCE ADDRESS | DIANE PLAUT<br>DIAGEO NORTH AMERICA, INC.<br>801 MAIN AVE<br>NORWALK, CT 06851-1127 |
| DOMESTIC REPRESENTATIVE | NONE |

DCE015699

# CRÈME DE LYS

DCE015700

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, August 10, 2010 00:09 AM |
| **To:** | trademarks@diageo.com |
| **Subject:** | Trademark Serial Number 85045359 : Official USPTO Notice of Acceptance of Amendment to Allege Use |

## NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE

**Serial Number:** 85-045,359
**Mark:** CRÈME DE LYS(STANDARD CHARACTER MARK)
**Owner:** Diageo Chateau & Estate Wines Company
**Reference Number:**

The USPTO has accepted the Amendment to Allege Use (AAU) filed for the trademark application identified above as meeting the minimum requirements of 37 C.F.R. § 2.76(e). The application will be returned to the examining attorney for a substantive review of the AAU.

**WARNING:** The filing of the AAU does **not** relieve the applicant of the duty to file a response to any outstanding Office action or to take any other action required in the case, including filing a Notice of Appeal.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

To check the status of an application, go to http://tarr.uspto.gov/.

DCE015701

## Trademark Snap Shot Publication Stylesheet
### (Table presents the data on Publication Approval)

### OVERVIEW

| SERIAL NUMBER | 85045359 | FILING DATE | 05/21/2010 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KIM, JANICE | L.O. ASSIGNED | 103 |

### PUB INFORMATION

| RUN DATE | 08/10/2010 |
|---|---|
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 08/09/2010 |
| LITERAL MARK ELEMENT | CRÉME DE LYS |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | CRÉME DE LYS |

DCE015702

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Diageo Chateau & Estate Wines Company |
| ADDRESS | 240 Gateway Road West<br>Napa, CA 94558 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 033 |
|---|---|
| DESCRIPTION TEXT | Alcoholic beverages except beers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 033 | FIRST USE DATE | 08/02/2010 | FIRST USE IN COMMERCE DATE | 08/02/2010 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| TRANSLATION | The English translation of CRÈME DE LYS in the mark is CREAM OF THE LILY. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/10/2010 | AAUA | E | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | 016 |
| 08/09/2010 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 08/09/2010 | IUAA | P | USE AMENDMENT ACCEPTED | 014 |
| 08/07/2010 | AUPC | I | AMENDMENT TO USE PROCESSING COMPLETE | 013 |
| 08/07/2010 | IUAF | S | USE AMENDMENT FILED | 012 |
| 08/06/2010 | EAAU | I | TEAS AMENDMENT OF USE RECEIVED | 011 |
| 08/06/2010 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 08/06/2010 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |

DCE015703

| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/12/2010 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/12/2010 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/12/2010 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/09/2010 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/26/2010 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 05/25/2010 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Diane Plaut |
| --- | --- |
| CORRESPONDENCE ADDRESS | DIANE PLAUT<br>DIAGEO NORTH AMERICA, INC.<br>801 MAIN AVE<br>NORWALK, CT 06851-1127 |
| DOMESTIC REPRESENTATIVE | NONE |

DCE015704

# CRÈME DE LYS

DCE015705

*** User:jkim4 ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 2601 | N/A | 0 | 0 | 0:06 | *{"ck"}re$m*[bi,ti] not dead[ld] |
| 02 | 859 | N/A | 0 | 0 | 0:05 | *l{"iy"}lS{"iey"}*[bi,ti] not dead[ld] |
| 03 | 1 | 0 | 1 | 0 | 0:01 | 1 and 2 |
| 04 | 283 | 0 | 283 | 0 | 0:03 | 2 and "033"[cc] |

Session started 8/9/2010 10:53:08 AM
Session finished 8/9/2010 10:56:35 AM
Total search duration 0 minutes 15 seconds
Session duration 3 minutes 27 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 85045359

DCE015706

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85045359 | FILING DATE | 05/21/2010 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KIM, JANICE | L.O. ASSIGNED | 103 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/07/2010 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 08/06/2010 |
| LITERAL MARK ELEMENT | CRÈME DE LYS |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | CRÈME DE LYS |

DCE015707

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Diageo Chateau & Estate Wines Company |
| ADDRESS | 240 Gateway Road West<br>Napa, CA 94558 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 033 |
|---|---|
| DESCRIPTION TEXT | Alcoholic beverages except beers |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 033 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| TRANSLATION | The English translation of CRÈME DE LYS in the mark is CREAM OF THE LILY. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/06/2010 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 08/06/2010 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 08/06/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/12/2010 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/12/2010 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/12/2010 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/09/2010 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/26/2010 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |

DCE015708

| 05/25/2010 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Diane Plaut |
|---|---|
| CORRESPONDENCE ADDRESS | DIANE PLAUT<br>DIAGEO NORTH AMERICA, INC.<br>801 MAIN AVE<br>NORWALK, CT 06851-1127 |
| DOMESTIC REPRESENTATIVE | NONE |

DCE015709

# CRÈME DE LYS

DCE015710

PTO Form BC Date CS 2006
OMB No. 06 11 006 (Exp. 04/2020 (4)

# Trademark/Service Mark Amendment to Allege Use
# (15 U.S.C. Section 1051(c))

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85045359 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | CRÈME DE LYS |
| **OWNER SECTION** | |
| **NAME** | Diageo Chateau & Estate Wines Company |
| **STREET** | 240 Gateway Road West |
| **CITY** | Napa |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94558 |
| **COUNTRY** | US |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 033 |
| **CURRENT IDENTIFICATION** | Alcoholic beverages except beers |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 08/02/2010 |
| **FIRST USE IN COMMERCE DATE** | 08/02/2010 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\850\453\85045359\xml6\ AAU0002.JPG |
| **SPECIMEN DESCRIPTION** | a photograph of the goods |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |

DCE015711

| NUMBER OF CLASSES IN USE | 1 |
|---|---|
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |

**SIGNATURE SECTION**

| DECLARATION SIGNATURE | /Diane Plaut/ |
|---|---|
| SIGNATORY'S NAME | Diane Plaut |
| SIGNATORY'S POSITION | Attorney of record, Connecticut bar member |
| DATE SIGNED | 08/06/2010 |

**FILING INFORMATION**

| SUBMIT DATE | Fri Aug 06 08:51:31 EDT 2010 |
|---|---|
| TEAS STAMP | USPTO/AAU-65.214.33.174-2 0100806085131379405-85045 359-47027728568951f07baf1 834578998d269-DA-6325-201 00805165621162451 |

PTO Form 1553 (Rev 0/2005)
OMB No. 0651-0054 (Exp 09-20-2011)

# Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:

**MARK:** CRÈME DE LYS
**SERIAL NUMBER:** 85045359

The applicant, Diageo Chateau & Estate Wines Company, having an address of
    240 Gateway Road West
    Napa, California 94558
    US
is submitting the following allegation of use information:

For International Class 033:
Current identification: Alcoholic beverages except beers

The mark is in use in commerce on or in connection with all goods or services listed in the application or Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/02/2010, and first used in commerce at least as early as 08/02/2010, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) a photograph of the goods.
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

DCE015713

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Diane Plaut/      Date Signed: 08/06/2010
Signatory's Name: Diane Plaut
Signatory's Position: Attorney of record, Connecticut bar member

RAM Sale Number: 6325
RAM Accounting Date: 08/06/2010

Serial Number: 85045359
Internet Transmission Date: Fri Aug 06 08:51:31 EDT 2010
TEAS Stamp: USPTO/AAU-65.214.33.174-2010080608513137
9405-85045359-47027728568951f07baf183457
8998d269-DA-6325-20100805165621162451

DCE015714



DCE015715

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85045359 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION (no change)** | |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 50 |
| **TOTAL FEES DUE** | 50 |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /Diane Plaut/ |
| **SIGNATORY'S NAME** | Diane Plaut |
| **SIGNATORY'S POSITION** | Attorney of record, New York bar member |
| **DATE SIGNED** | 08/06/2010 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Fri Aug 06 10:55:09 EDT 2010 |
| **TEAS STAMP** | USPTO/ROA-65.214.33.174-2 0100806105509831467-85045 359-470fbc5f8f8b4909384d1 25f77566553186-DA-7236-20 1008061052302199728 |

## Response to Office Action

DCE015716

**To the Commissioner for Trademarks:**

Application serial no. **85045359** has been amended as follows:

**FEE(S)**
Fee(s) in the amount of $50 is being submitted.

**SIGNATURE(S)**
**Response Signature**
Signature: /Diane Plaut/     Date: 08/06/2010
Signatory's Name: Diane Plaut
Signatory's Position: Attorney of record, New York bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.


RAM Sale Number: 7236
RAM Accounting Date: 08/06/2010

Serial Number: 85045359
Internet Transmission Date: Fri Aug 06 10:55:09 EDT 2010
TEAS Stamp: USPTO/ROA-65.214.33.174-2010080610550983
1467-85045359-470fbc5f8f8b4909384d125f77
566553186-DA-7236-20100806105230219728

DCE015717

RAM SALE NUMBER:  7236
RAM ACCOUNTING DATE:  20100806

INTERNET TRANSMISSION DATE:          SERIAL NUMBER:

2010/08/06                           85/045359

| Description | Fee Code | Transaction Date | Fee | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|---|
|  | 7008 | 2010/08/06 | 50 | 1 | 50 |

DCE015718

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85045359 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 103 |
| **MARK SECTION (no change)** | |
| **ARGUMENT(S)** | |

In an office action dated July 12, 2010, the Examining Attorney advised that Applicant must submit an English translation of the mark. In response, Applicant submits that there is no precise meaning of this phrase; however, the literal translation is CREAM OF THE LILY, and the necessary translation statement is included below.

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **TRANSLATION** | The English translation of CRÈME DE LYS in the mark is CREAM OF THE LILY. |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. |
| **RESPONSE SIGNATURE** | /Diane Plaut/ |
| **SIGNATORY'S NAME** | Diane Plaut |
| **SIGNATORY'S POSITION** | Attorney of record, New York bar member |
| **DATE SIGNED** | 08/06/2010 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Fri Aug 06 09:01:57 EDT 2010 |
| **TEAS STAMP** | USPTO/ROA-65.214.33.174-2 0100806090157547919-85045 359-4702cc26473d94153a734 2dd17bacd186af-N/A-N/A-20 100806085903374080 |

## Response to Office Action
## To the Commissioner for Trademarks:

Application serial no. **85045359** has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

In an office action dated July 12, 2010, the Examining Attorney advised that Applicant must submit an English translation of the mark.  In response, Applicant submits that there is no precise meaning of this phrase; however, the literal translation is CREAM OF THE LILY, and the necessary translation statement is included below.

**ADDITIONAL STATEMENTS**
**Translation**
The English translation of CRÈME DE LYS in the mark is CREAM OF THE LILY.

**SIGNATURE(S)**
**Declaration Signature**
I hereby elect to bypass the submission of a signed declaration, because I believe a declaration is not required by the rules of practice. I understand that the examining attorney could still, upon later review, require a signed declaration.
**Response Signature**
Signature: /Diane Plaut/     Date: 08/06/2010
Signatory's Name: Diane Plaut
Signatory's Position: Attorney of record, New York bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 85045359
Internet Transmission Date: Fri Aug 06 09:01:57 EDT 2010
TEAS Stamp: USPTO/ROA-65.214.33.174-2010080609015754
7919-85045359-4702cc26473d94153a7342dd17
baed186af-N/A-N/A-20100806085903374080

DCE015720



DCE015721

| To: | Diageo Chateau & Estate Wines Company (trademarks@diageo.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85045359 - CRÈME DE LYS - N/A |
| Sent: | 7/12/2010 4:28:52 PM |
| Sent As: | ECOM103@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**     85045359

**MARK:** CRÈME DE LYS

# *85045359*

**CORRESPONDENT ADDRESS:**
DIANE PLAUT
DIAGEO NORTH AMERICA, INC.
801 MAIN AVE
NORWALK, CT 06851-1127

**CLICK HERE TO RESPOND TO THIS LETTER:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**APPLICANT:**     Diageo Chateau & Estate Wines Company

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
N/A
**CORRESPONDENT E-MAIL ADDRESS**:
trademarks@diageo.com

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 7/12/2010**

**TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:** Applicants who filed their application online using the reduced-fee TEAS Plus application must continue to submit certain documents online using TEAS, including responses to Office actions. *See* 37 C.F.R. §2.23(a)(1). For a complete list of these documents, see TMEP §819.02(b). In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and must maintain a valid e-mail address. 37 C.F.R. §2.23(a)(2); TMEP §§819, 819.02(a). TEAS Plus

DCE015722

applicants who do not meet these requirements must submit an additional fee of $50 per international class of goods and/or services. 37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04. In appropriate situations and where all issues can be resolved by amendment, responding by telephone to authorize an examiner's amendment will not incur this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

**SEARCH RESULTS**

The Office records have been searched and there are no similar registered or pending marks that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

**$50 ADDITIONAL FEE REQUIRED**

Applicant must submit an additional application processing fee of $50 per class because the application as filed did not meet the TEAS Plus application filing requirements. *See* 37 C.F.R. §§2.6(a)(1)(iv), 2.22(a), (b); TMEP §§819.01 *et seq.*, 819.04. Specifically, the following application filing requirement(s) was not met: TRANSLATION OF FOREIGN WORDING IN THE MARK.

The additional fee is required even if applicant later corrects these application requirements.

**TRANSLATION REQUIRED**

Applicant must submit an English translation of the mark. 37 C.F.R. §2.32(a)(9); TMEP §809. The following translation statement is suggested: "The English translation of "CRÈME DE LYS" is _____." *See* TMEP §809.03.

/janice kim/
Trademark Examining Attorney
Law Office 103
Phone - (571)272-8869
Fax - (571)273-8869

**TO RESPOND TO THIS LETTER:** Use the Trademark Electronic Application System (TEAS) response form at http://teasroa.uspto.gov/roa/. Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov.

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does

not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/. Please keep a copy of the complete TARR screen. If TARR shows no change for more than six months, call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

DCE015724

| To: | Diageo Chateau & Estate Wines Company (trademarks@diageo.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85045359 - CRÈME DE LYS - N/A |
| **Sent:** | 7/12/2010 4:28:56 PM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 85045359) has been reviewed. The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office action") on 7/12/2010 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:**

1.      Read      the      Office      letter      by      clicking      on      this      **link** http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=85045359&doc_type=OOA& OR go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter. If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2.** Contact the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3.** Respond within 6 months, calculated from 7/12/2010 (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

*** User:jkim4 ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 2591 | N/A | 0 | 0 | 0:06 | *{"ck"}reSm*[bi,ti] not dead[ld] |
| 02 | 447103 | N/A | 0 | 0 | 0:07 | *l{"iey"}*[bi,ti] not dead[ld] |
| 03 | 726 | N/A | 0 | 0 | 0:01 | 1 and 2 |
| 04 | 1547 | N/A | 0 | 0 | 0:02 | 1 and "033"[cc] |
| 05 | 503 | 0 | 503 | 0 | 0:02 | 3 and "033"[cc] |
| 06 | 4299 | N/A | 0 | 0 | 0:02 | de[bi,ti] and 2 |
| 07 | 2288 | N/A | 98 | 0 | 0:03 | 6 and "033"[cc] |
| 08 | 1102 | N/A | 931 | 0 | 0:03 | 6 and (a b 200 "032" "033")[ic] |
| 09 | 50 | N/A | 0 | 0 | T/0:06 | *l{"iey"}Ss*[bi,ti] and 6 |
| 10 | 3892 | N/A | 0 | 0 | 0:18 | *l{"iey"}Ss*[bi,ti] and 6 |
| 11 | 2100 | N/A | 0 | 0 | 0:03 | 10 and "033"[cc] |
| 12 | 1005 | 0 | 1005 | 0 | 0:03 | 10 and (a b 200 "032" "033")[ic] |

Session started 7/12/2010 2:10:22 PM

Session finished 7/12/2010 2:27:42 PM

Total search duration 0 minutes 56 seconds

Session duration 17 minutes 20 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 85045359

DCE015726

# CRÈME DE LYS

DCE015727

PTO ... (illegible)
OMB ... (illegible)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85045359**
**Filing Date: 05/21/2010**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | CRÈME DE LYS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CRÈME DE LYS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Diageo Chateau & Estate Wines Company |
| *STREET | 240 Gateway Road West |
| *CITY | Napa |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94558 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |

DCE015728

| * STATE/COUNTRY OF INCORPORATION | California |
|---|---|

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 033 |
|---|---|
| IDENTIFICATION | Alcoholic beverages except beers |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | Diane Plaut |
|---|---|
| FIRM NAME | Diageo North America, Inc. |
| STREET | 801 Main Avenue |
| CITY | Norwalk |
| STATE | Connecticut |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 06851 |
| PHONE | 203-229-2100 |
| FAX | 203-845-5925 |
| EMAIL ADDRESS | trademarks@diageo.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Dana Gilland, Evan Gourvitz, Lauren Mandell, Jennifer Millones |

## CORRESPONDENCE INFORMATION

| *NAME | Diane Plaut |
|---|---|
| FIRM NAME | Diageo North America, Inc. |

DCE015729

| | |
|---|---|
| *STREET | 801 Main Avenue |
| *CITY | Norwalk |
| *STATE (Required for U.S. applicants) | Connecticut |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 06851 |
| PHONE | 203-229-2100 |
| FAX | 203-845-5925 |
| *EMAIL ADDRESS | trademarks@diageo.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Diane Plaut/ |
| * SIGNATORY'S NAME | Diane Plaut |
| * SIGNATORY'S POSITION | Attorney of record, New York bar member |
| * DATE SIGNED | 05/21/2010 |

DCE015730

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85045359**
**Filing Date: 05/21/2010**

## To the Commissioner for Trademarks:

**MARK:** CRÈME DE LYS (Standard Characters, see mark)
The literal element of the mark consists of CRÈME DE LYS.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Diageo Chateau & Estate Wines Company, a corporation of California, having an address of

> 240 Gateway Road West
> Napa, California 94558
> United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
> International Class 033:  Alcoholic beverages except beers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
Diane Plaut and Dana Gilland, Evan Gourvitz, Lauren Mandell, Jennifer Millones of Diageo North America, Inc.
> 801 Main Avenue
> Norwalk, Connecticut 06851
> United States

The applicant's current Correspondence Information:
> Diane Plaut
> Diageo North America, Inc.
> 801 Main Avenue
> Norwalk, Connecticut 06851

DCE015731

203-229-2100(phone)
203-845-5925(fax)
trademarks@diageo.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Diane Plaut/   Date Signed: 05/21/2010
Signatory's Name: Diane Plaut
Signatory's Position: Attorney of record, New York bar member

RAM Sale Number: 5517
RAM Accounting Date: 05/24/2010

Serial Number: 85045359
Internet Transmission Date: Fri May 21 17:47:06 EDT 2010
TEAS Stamp: USPTO/FTK-65.214.33.174-2010052117470665
6345-85045359-460fffd191bf4eb9d1ff8aa3ea
bb47bd36-DA-5517-20100521173129222106

DCE015732

# CRÈME DE LYS

DCE015733