# EXHIBIT N

Generated on: This page was generated by TSDR on 2013-07-03 15:56:42 EDT
Mark: LA CREMA

# LA CREMA

US Serial Number: 85609199     Application Filing Date: Apr. 26, 2012
Filed as TEAS Plus: Yes     Currently TEAS Plus: Yes
Register: Principal
Mark Type: Trademark
Status: Abandoned because the applicant failed to respond or filed a late response to an Office action  To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page
Status Date: Dec. 26, 2012
Date Abandoned: Dec  03, 2012

## Mark Information

Mark Literal Elements: LA CREMA
Standard Character Claim: Yes  The mark consists of standard characters without claim to any particular font style, size, or color
Mark Drawing Type: 4 - STANDARD CHARACTER MARK
Translation: The English translation of LA CREMA in the mark is the cream

## Related Properties Information

Claimed Ownership of US Registrations: 2393573

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [ ] indicate deleted goods/services
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks * * identify additional (new) wording in the goods/services

For: Alcoholic beverages except beers
International Class(es): 033 - Primary Class     U.S Class(es): 047, 049
Class Status: ACTIVE
Basis: 1(a)
First Use: Oct. 1987     Use In Commerce: Oct. 1987

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: LC TM Holding, LLC
Owner Address: Legal Department
421 Aviation Blvd
Santa Rosa, CALIFORNIA 95403
UNITED STATES
Legal Entity Type: LIMITED LIABILITY COMPANY     State or Country Where Organized: DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

DCE015531

**Attorney Name:** Judith M. Schwimmer

**Attorney Primary Email Address:** judith.schwimmer@kjmail.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JUDITH M. SCHWIMMER
LC TM HOLDING, LLC
421 AVIATION BLVD
SANTA ROSA, CALIFORNIA 95403-1069
UNITED STATES

**Phone:** 707 525-6230

**Correspondent e-mail:** judith.schwimmer@kjmail.com trademark@kjmail.com tmdept@dpf-law.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Dec. 26, 2012 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Dec. 26, 2012 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| May 30, 2012 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 30, 2012 | NON-FINAL ACTION E-MAILED | 6325 |
| May 30, 2012 | NON-FINAL ACTION WRITTEN | 72617 |
| May 22, 2012 | ASSIGNED TO EXAMINER | 72617 |
| May 03, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 30, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SNAPP, TINA LOUISE     **Law Office Assigned:** LAW OFFICE 116

### File Location

**Current Location:** TMO LAW OFFICE 116 - EXAMINING ATTORNEY ASSIGNED     **Date In Location:** Dec. 26, 2012

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Dec 26, 2012**

The trademark application identified below was abandoned in full because a response to the Office Action mailed on May 30, 2012 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm  If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**  85609199
**MARK:**  LA CREMA
**OWNER:**  LC TM Holding, LLC

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

**FIRST-CLASS
MAIL
U.S POSTAGE
PAID**

JUDITH M SCHVIMMER
LC TM HOLDING, LLC
421 AVIATION BLVD
SANTA ROSA , CA  95403-1069

DCE015533

DCE015534

| To: | LC TM Holding, LLC (judith.schvimmer@kjmail.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 85609199 - LA CREMA - N/A |
| Sent: | 5/30/2012 12:26:13 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**    85609199

**MARK:** LA CREMA

**CORRESPONDENT ADDRESS:**
JUDITH M. SCHVIMMER
LC TM HOLDING, LLC
421 AVIATION BLVD
SANTA ROSA, CA 95403-1069

**APPLICANT:**    LC TM Holding, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
judith.schvimmer@kjmail.com

# *85609199*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST

DCE015535

RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 5/30/2012**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## REGISTRATION IS REFUSED – MARK IS MERELY DESCRIPTIVE

Registration is refused because the applied-for mark merely describes a feature of the applicant's goods. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.* In this case, the applicant is using the mark LA CREMA on "alcoholic beverages except beers." The applicant has specifically stated that the English translation of the mark is "the cream." An Internet search conducted on May 22, 2012 resulted in numerous web pages that clearly evidence that "cream" is used as a component of alcoholic beverages. The attached web pages show use of cream in the making of such alcoholic beverages as Cherry Flip, Agent Orange, Chi Chi, Golden Cadillac, Grasshopper, Peaches and Cream, Pussyfoot, and many more. "Cream" is "the fatty part of milk, which rises to the top if the milk is allowed to stand." Collins English Dictionary. A copy of the entry is attached.

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods. TMEP §1209.01(b); *see In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); *In re Gyulay*, 820 F.2d 1216, 1217-18, 3 USPQ2d 1009, 1009-10 (Fed. Cir. 1987). Furthermore, the determination of whether a mark is merely descriptive is made in relation to an applicant's goods, not in the abstract. *In re The Chamber of Commerce of the U.S.*, ___ F.3d ___, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); *In re Bayer Aktiengesellschaft*, 488 F.3d 960, 963-64, 82 USPQ2d 1828, 1831 (Fed. Cir. 2007); TMEP §1209.01(b); *see, e.g., In re Polo Int'l Inc.* , 51 USPQ2d 1061, 1062-63 (TTAB 1999) (finding DOC in DOC-CONTROL would refer to the "documents" managed by applicant's software rather than the term "doctor" shown in a dictionary definition); *In re Digital Research Inc.*, 4 USPQ2d 1242, 1243-44 (TTAB 1987) (finding CONCURRENT PC-DOS and CONCURRENT DOS merely descriptive of "computer programs recorded on disk" where the relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system). "Whether consumers can guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985). "A mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services." *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b). It is enough if a mark describes only one significant function, attribute, or property. *In re The Chamber of Commerce of the U.S.*, ___ F.3d ___, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see In re Oppedahl & Larson LLP*, 373 F.3d at 1173, 71 USPQ2d at 1371.

Please note that the foreign equivalent of a merely descriptive English word or term is also merely descriptive. *In re N. Paper Mills*, 64 F.2d 998, 998, 17 USPQ 492, 493 (C.C.P.A. 1933). Under the doctrine of foreign equivalents, marks with foreign words from modern languages are translated into English to determine descriptiveness. TMEP §1209.03(g); *see Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee en 1772*, 396 F.3d 1369, 1377, 73 USPQ2d 1689, 1696 (Fed. Cir. 2005). The doctrine is applied when it is likely that an ordinary American purchaser would "stop and translate" the foreign term into its English equivalent. *Palm Bay*, 396 F.3d at 1377, 73 USPQ2d at 1696; *cf.* TMEP §1207.01(b)(vi)(A). The ordinary American purchaser refers to "all American purchasers, including

DCE015536

those proficient in a non-English language who would ordinarily be expected to translate words into English." *In re Spirits Int'l, N.V.*, 563 F.3d 1347, 1352, 90 USPQ2d 1489, 1492 (Fed. Cir. 2009); *see In re Thomas*, 79 USPQ2d 1021, 1024 (TTAB 2006) (citing J. Thomas McCarthy, *McCarthy on Trademarks and Unfair Competition* §23:26 (4th ed. 2006), which states "[t]he test is whether, to those American buyers familiar with the foreign language, the word would denote its English equivalent."). Generally, the doctrine is applied when the English translation is a literal and exact translation of the foreign wording. *See In re Oriental Daily News, Inc.*, 230 USPQ 637, 638 (TTAB 1986) (holding Chinese characters that mean ORIENTAL DAILY NEWS merely descriptive of newspapers); *In re Zazzara*, 156 USPQ 348, 348 (TTAB 1967) (holding PIZZA FRITTE, the Italian equivalent of "fried buns," incapable for fried dough); TMEP §1209.03(g). Additionally, in this particular instance, the foreign term CREMA resembles and sounds like its English translation. Therefore, purchasers are more readily likely to translate the term CREMA in the mark to "cream."

If the applicant argues that the proposed mark is not merely descriptive of the identified goods, then in the alternative the applicant's mark may be found deceptively misdescriptive. The applicant's mark may be found deceptively misdescriptive if it describes an ingredient, quality, characteristic, function or feature of alcoholic beverages, and the description conveyed by the mark is both false and plausible. *In re Woodward & Lothrop Inc.*, 4 USPQ2d 1412 (TTAB 1987) (holding CAMEO deceptively misdescriptive of jewelry); *In re Ox-Yoke Originals, Inc.*, 222 USPQ 352 (TTAB 1983) (holding G.I. deceptively misdescriptive of gun cleaning patches, rods, brushes, solvents and oils); TMEP §1209.04. As shown by the attached web pages, "cream" is a common ingredient of many alcoholic beverages. Purchasers, upon seeing the applicant's mark on the relevant goods, could reasonably believe that the goods contain cream. Please note that the examining attorney is aware of the fact that the applicant previously registered the same mark for wine. The distinction between the current application and the applicant's prior registration is that purchasers are not likely to believe that wine contains cream. In the current application, the identification of goods may include additional alcoholic beverages beside wine.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

## ASSISTANCE

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

## SEARCH RESULTS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

## RESPONSE TO OFFICE ACTION

To expedite prosecution of the application, applicant is encouraged to file its response to this Office action

DCE015537

online via the Trademark Electronic Application System (TEAS), which is available at http://www.uspto.gov/trademarks/teas/index.jsp. If applicant has technical questions about the TEAS response to Office action form, applicant can review the electronic filing tips available online at http://www.uspto.gov/trademarks/teas/e_filing_tips.jsp and email technical questions to TEAS@uspto.gov.

*Tina L. Snapp*

/Tina L. Snapp/
Examining Attorney
Law Office 116
(571) 272-9224
tina.snapp@uspto.gov (for informal queries only)

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using TEAS, to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/. Please keep a copy of the complete TARR screen. If TARR shows no change for more than six months, call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

DCE015538

http://www.cocktailsonline.tv/cream.html      05/22/2012 01:40:16 PM



 Cocktail

**Crystal Light Mocktails**
Low Calorie Crystal Light Mocktails are Back in 5 Delicious Flavors!

AdChoices ▷

### Cream Cocktails Recipes & Cream Mixed Drinks Recipes

**Visit Our Other Sites**
Pasta
Coffee

**Drink Search**

**A-Z Cocktail List**

**Guide to Booze**

**Bartending Schools**



DCE015539

**Cocktail Kits & Gifts**

**Home Bar**

**Cocktails & Food**

**Drink Glassware**

**Wine Online**

**Wine & Travel**

**Wine Gift Baskets**

**Party Supplies**

**Dining&Restaurants**



Alexander



Golden Dream



The Dessert



Amaretto Coffee



Grasshopper



Todd's Poll



Angel's Kiss



Green Mana



Velvet Hammer



Angel's Tip



Midori Sour



White Russian



Banana Cow



Pina Colada



B 52



Banana Daiquiri



Pink Lady



It 50



Bushbeo



Pussycat



Espresso

DCE015540

http://www.cocktailsonline.tv/cream.html     05/22/2012 01 40 16 PM



**Refine your search:**

Amaretto, Brandy, Champagne/Wine/Beer, Cream, Gin/Sloe Gin, Grand Marnier, Kahlua, Liqueur, Non-Alcoholic, Other, Rum,
Schnapps, Scotch, Southern Comfort, Sweet Cocktail, Tequila, Triple Sec, Vermouth, Vodka, Whiskey/Rye/Bourbon

DCE015541

http://www.yummly.com/recipes/cream-alcoholic-drinks 05/22/2012 01:50:21 PM

ENTER NOW
DAILY'S COCKTAILS
ENTER TO WIN A $10,000 ALL-INCLUSIVE TRIP FOR TWO!
Pick your favorite pouch all the way to a dreamy, delicious destination!

yummly

Login/Register

cream alcoholic drinks Search Recipes

Without ingredient

With ingredient

Salty: No Preference

Savory: No Preference

Sour: No Preference

Bitter: No Preference

Sweet: No Preference

Spicy: No Preference

- Dairy Free
- Egg Free
- Gluten Free
- Peanut Free
- Seafood-Free
- Sesame-Free
- Soy-Free
- Sulfite-Free
- Tree Nut-Free
- Wheat-Free

- Lacto vegetarian
- Vegetarian

Fan Belve & Start your Holidays with Exclusive Cocktail Recipes!

Drinks
Enjoy the crisp clean taste of 7UP® Be Yourself. Be Refreshing. Be 7UP®

Cream Alcoholic

peaches, cream, vodka, peach schnapps, ice

Alcoholic

back

back

back

back

back

back



Ovo-vegetarian          Pescetarian
Vegan

Nutrition

**Cholesterol:** No preference

**Fat:** No preference

**Calories:** No preference

**Carbs:** No preference

Time and Price

**Time:** No Preference

**Price:** No Preference

Course

Desserts

Cuisine

English          French

Jamaican

Moroccan

ice, cream of coconut, liqueur, pineapple juice, peach slices

F.

Bushwick (Alcoholic drink)

lime juice, maraschino cherry, cherry juice, **heavy cream**, ice, pineapple juice, white rum, pineapple

F.

Frozen Chocolate (Alcoholic drink)

liqueur, **cream**, vodka

F.

Malibu Colada (alcoholic drink)

malibu, cream of coconut, pineapple juice

F.

Grasshopper (Alcoholic drink)

**heavy cream**, white creme de cacao, white creme de menthe, tequila, ice, cocoa powder

F.

Literally Peach Ice Cream and Champagne Alcohol Drink

peaches, simple syrup, peaches, **half and half**, alcohol

DCE015543

☐ Russian
☐ Swedish

Courses:
☐ All Recipes          ☐ Chow
☐ Epicurious          ☐ Food Network
☐ Food.com            ☐ I Adore Food!
☐ Lottie's Culinaria   ☐ Martha Stewart
☐ My Recipes          ☐ Naturally Ella
☐ Once Upon A Chef    ☐ Serious Eats
☐ Simply Recipes      ☐ The Pioneer Woman
☐ The Shiksa in the Kitchen

Holidays:
☐ Christmas           ☐
☐                     ☐ New Year
☐

Also Try:

Biscuits Peach Torte, Milk, Fruit, and Sugar, and
Alcohol Drink
★★★★★     Beverages

peaches, simple syrup, peach, **half and half**, alcohol

**F.**

Ice Cream Drinks (Alcoholic)
★★★★★     Beverages, New Year

cool whip, **vanilla ice cream**, *creme de cacao*, brandy

**F.**

Mocha Whip Drink (Alcoholic or Not)
★★★★★     Beverages, Beverage

kahlua, coffee, chocolate milk, **whipped cream**, chocolate shavings

**F.**

**F.**

Silky Chocolate Drink (with or without Alcohol)
★★★★★

whipping cream, chocolate shavings, milk, water,
semi-sweet chocolate, pure vanilla extract, white corn syrup,
coffee liqueur

**F.**

Butterscotch Chocolate Milkshake (**Alcoholic**)
★★★★★     Beverages, Beverage

**cream**, schnapps, chocolate

DCE015544

http://www.whippedlightning.com/        05/22/2012 01:51:44 PM



DCE015545

http://www.examiner.com/article/creamy-and-alcoholic-drinks-for-summer      05/22/2012 01 54.21 PM

**examiner**

We think you're near Washington DC      Washington DC 74°

Google

ARTS & ENTERTAINMENT    Cultural Arts   Music   Attractions   Bars & Clubs   Food   More          Log in   Sign up

Alexandria Alert!

Someone searched for you online?!
Your First Name      Last Name      Age      **Find Out Who**

# Creamy (and alcoholic) drinks for summer

Patricia Biesen

Mummie-to-Hottie M
Exclusive Report Mom's Anti-
Cellulite Secret. "Even teenage
boys try to pick me up now!"

Alexandria: Mom is 53 But
Looks 27
Alexandria Mom publishes free

DCE015546

http://www.examiner.com/article/creamy-and-alcoholic-drinks-for-summer     05/22/2012 01:54:21 PM



It's easy to envy your pals at the bar enjoying their yummy grasshoppers or Dreamsicles. Most creamy alcoholic drinks like the Brandy Alexander call for 2 oz. of cream. You can substitute cream too thin to substitute so the blended ice cream works better.

What you will do is to chill your favorite stemmed cocktail glass with ice and let it sit while you make one of the following cocktails (or more, I won't judge). Fill your blender with ice cream first then add the rest of the ingredients. Blend til nice and creamy. Throw the ice out of your cocktail glass and fill it with the contents from your blender. Of course you can experiment with more or less ice cream or more or less booze. You are the CEO of your creamy cocktail.

http://www.collinsdictionary.com/dictionary/english/cream    06/30/2012 12:03:37 PM



http://www.collinsdictionary.com/dictionary/english/cream        05/30/2012 12:03:37 PM

a   a yellowish-white colour

b   (as adjective)   a cream wallpaper

### verb

9   (tr) to skim or otherwise separate the cream from (milk)

10   (tr) to beat (foodstuffs, esp butter and sugar) to a light creamy consistency

11   (intr) to form cream

12   (tr) to add or apply cream or any creamlike substance to   to cream one's face   to cream coffee

13   (tr; sometimes foll by off) to take away the best part of

14   (tr) to prepare or cover (vegetables, crackers, etc) with cream or milk

15   to allow milk to form a layer of cream on the surface or (of milk) to form such a layer

16   (tr) slang, mainly Old Canadian, Australian to beat thoroughly

17   (intr) slang (of a man) to ejaculate during orgasm

▸ **Alternative Forms**

'cream·like adjective

▸ **Word Origin**

C14: from Old French cresme, from Late Latin crāmum cream; of Celtic origin influenced by Church Latin chrisma unction chrism

▸ **Synonyms**

View thesaurus entry ▸

- **lotion**, ointment, oil, essence, cosmetic, paste, emulsion, salve, liniment, unguent

- **best**, elite, prime, pick, flower, the crème de la crème

- **off-white**, ivory, yellowish-white

▸ **Translations**

British English   **cream**   Something that is cream in colour is yellowish-white.   a cream silk shirt   form ADJECTIVE   a cream silk shirt

Show more ▸

Spanish color crema   adj
French crème   adj
German cremefarben   adj
Chinese 奶油色的   adj

32 results

- cream tea
- ice cream
- sun cream
- cold cream
- cream puff

View more related terms ▸

Browse nearby words

- CRC
- crc
- cream
- cream cheese
- cream cracker

"cream" photos from Flickr



Word usage trends for "cream"



DCE015549

http://www.collinsdictionary.com/dictionary/english/cream      05/30/2012 12:03:37 PM

Arabic قِشْدَة ◀» adj
Portuguese creme ◀» adj
Russian кремовый ◀» adj кремовая
Croatian kremast ◀» adj kremasta
Czech krémový ◀» adj
Danish cremefarvet ◀» adj
Dutch crèmekleurig ◀» adj
French vermoisonnant ◀» adj
Greek κρεμώδης ◀» adj
Italian color crema ◀» adj
Japanese クリーム色の ◀» no_pmsp
Korean 크림색의 ◀» adj
Norwegian fløtefarget ◀» adj
Polish kremowy ◀» adj kremowa
Brazilian Portuguese creme ◀» adj
European Spanish color crema ◀» adj
Swedish gräddliknande ◀» adj gräddliknar
Thai เป็นสีครีม ◀» adj
Turkish krem rengi ◀» adj
Vietnamese màu kem ◀» adj

► **Usage examples**

She saw a patch of cream jacket, some hair, a little shoulder, half an arm, an elbow
*Mark Burnell, CHAMELEON (2005)*

D. C. Holm Bremerton, WA Grandma's homemade ice cream hits the spot any time of day
*(AARP) (2004)*

No. She's thinking that Little Jimmy isn't getting ice cream on his waffles for a week
*GLOBE AND MAIL (2003)*

Anything containing chocolate or whipped cream is also a no-no
*GLASGOW HERALD (2001)*

Supplements I prescribed a plant based natural progesterone cream for Jane
*Martin Budd N.D., D.O., WHY CAN'T I LOSE WEIGHT: IS YOUR WEIGHT GAIN A SYMPTOM OF A HIDDEN HEALTH PROBLEM? (2002)*



Browse dictionary   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

© Collins 2011                                    Tools & Widgets  |  API  |  Advertising  |  Terms & Conditions  |  Contact us

DCE015550

| To: | LC TM Holding, LLC (judith.schvimmer@kjmail.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 85609199 - LA CREMA - N/A |
| Sent: | 5/30/2012 12:26:14 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE REGARDING YOUR
# U.S. TRADEMARK APPLICATION

## USPTO OFFICE ACTION HAS ISSUED ON 5/30/2012 FOR
## SERIAL NO. 85609199

Please follow the instructions below to continue the prosecution of your application:

**TO READ OFFICE ACTION:** Click on this **link** **or** go to **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE:** The Office action may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**RESPONSE IS REQUIRED:** You should carefully review the Office action to determine (1) how to respond; and (2) the applicable **response time period**. Your response deadline will be calculated from 5/30/2012 (or sooner if specified in the office action).

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System Response Form.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING

**Failure to file the required response by the applicable deadline will result in the ABANDONMENT of your application.**

*** User:tsnapp ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 4 | 0 | 4 | 4 | 0:02 | "lc tm holding"[on] |
| 02 | 506210 | N/A | 0 | 0 | 0:05 | (la or the)[bi,ti] |
| 03 | 7448 | N/A | 0 | 0 | 0:01 | *{"ckq"}rem*[bi,ti] or *{"ckq"}ream*[bi,ti] |
| 04 | 519 | 0 | 120 | 105 | 0:01 | (2 and 3) not dead[ld] |
| 05 | 11 | 8 | 3 | 2 | 0:02 | *la$"ckq"}rem*[bi,ti] |
| 06 | 8 | 6 | 2 | 2 | 0:01 | *la$"ckq"}ream*[bi,ti] |
| 07 | 3 | 2 | 1 | 1 | 0:01 | *the$"ckq"}rem*[bi,ti] |
| 08 | 5 | 4 | 1 | 1 | 0:01 | *the$"ckq"}ream*[bi,ti] |
| 09 | 2244 | N/A | 0 | 0 | 0:02 | ({"ckq"}rem* or {"ckq"}ream*)[bi,ti] not dead[ld] |
| 10 | 1488 | N/A | 0 | 0 | 0:03 | 9 and "033"[cc] |
| 11 | 107 | 0 | 41 | 32 | 0:01 | 10 and ("033" or "a" or "b" or "200")[ic] |

Session started 5/22/2012 1:33:11 PM

Session finished 5/22/2012 1:44:03 PM

Total search duration 0 minutes 20 seconds

Session duration 10 minutes 52 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 85609199

DCE015552

# LA CREMA

DCE015553



### Chardonnay

DCE015554

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85609199**
**Filing Date: 04/26/2012**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| **\*MARK** | LA CREMA |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | LA CREMA |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | LC TM Holding, LLC |
| **INTERNAL ADDRESS** | Legal Department |
| **\*STREET** | 421 Aviation Blvd |
| **\*CITY** | Santa Rosa |
| **\*STATE (Required for U.S. applicants)** | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE (Required for U.S.** | 95403 |

DCE015555

| applicants only) | |
|---|---|
| **PHONE** | 707-547-4752 |
| **EMAIL ADDRESS** | trademark@kjmail.com |

## LEGAL ENTITY INFORMATION

| **\*TYPE** | LIMITED LIABILITY COMPANY |
|---|---|
| **\* STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| **\*INTERNATIONAL CLASS** | 033 |
|---|---|
| **\*IDENTIFICATION** | Alcoholic beverages except beers |
| **\*FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 10/00/1987 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 10/00/1987 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-1-63206126135-140530832_._LA_CREMA_screen_shot_with_bottle_image.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT11\IMAGEOUT11\856\091\85609199\xml1\FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | website screen shot. |

## ADDITIONAL STATEMENTS SECTION

| **\*TRANSLATION (if applicable)** | The English translation of LA CREMA in the mark is the cream. |
|---|---|
| **\*TRANSLITERATION (if applicable)** | |
| **\*CLAIMED PRIOR REGISTRATION (if applicable)** | The applicant claims ownership of U.S. Registration Number(s) 2393573. |
| **\*CONSENT (NAME/LIKENESS) (if applicable)** | |
| **\*CONCURRENT USE CLAIM (if applicable)** | |

## ATTORNEY INFORMATION

DCE015556

| NAME | Judith M. Schvimmer |
| --- | --- |
| FIRM NAME | LC TM Holding, LLC |
| INTERNAL ADDRESS | Legal Department |
| STREET | 421 Aviation Boulevard |
| CITY | Santa Rosa |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 95403 |
| PHONE | 707-525-6230 |
| EMAIL ADDRESS | judith.schvimmer@kjmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | Judith M. Schvimmer |
| --- | --- |
| FIRM NAME | LC TM Holding, LLC |
| INTERNAL ADDRESS | Legal Department |
| *STREET | 421 Aviation Boulevard |
| *CITY | Santa Rosa |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 95403 |
| PHONE | 707-525-6230 |
| *EMAIL ADDRESS | judith.schvimmer@kjmail.com;trademark@kjmail.com; tmdept@dpf-law.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
| --- | --- |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

DCE015557

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Judith M. Schvimmer/ |
| * SIGNATORY'S NAME | Judith M. Schvimmer |
| * SIGNATORY'S POSITION | Attorney of record, California State Bar member |
| SIGNATORY'S PHONE NUMBER | 707-525-6230 |
| * DATE SIGNED | 04/26/2012 |

DCE015558

PTO/ ... (... ...)
(... ... ... ...)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85609199**
**Filing Date: 04/26/2012**

## To the Commissioner for Trademarks:

**MARK:** LA CREMA (Standard Characters, see mark)
The literal element of the mark consists of LA CREMA.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, LC TM Holding, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    Legal Department,
    421 Aviation Blvd
    Santa Rosa, California 95403
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 033:  Alcoholic beverages except beers

In International Class 033, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 10/00/1987, and first used in commerce at least as early as 10/00/1987, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) website screen shot..

**Original PDF file:**
SPE0-1-63206126135-140530832_._LA_CREMA_screen_shot_with_bottle_image.pdf
**Converted PDF file(s) (1 page)**
Specimen File1

The applicant claims ownership of U.S. Registration Number(s) 2393573.

The English translation of LA CREMA in the mark is the cream.

DCE015559

The applicant's current Attorney Information:
   Judith M. Schvimmer of LC TM Holding, LLC
   Legal Department
   421 Aviation Boulevard
   Santa Rosa, California 95403
   United States


The applicant's current Correspondence Information:
   Judith M. Schvimmer
   LC TM Holding, LLC
   Legal Department
   421 Aviation Boulevard
   Santa Rosa, California 95403
   707-525-6230(phone)
   judith.schvimmer@kjmail.com;trademark@kjmail.com; tmdept@dpf-law.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

<div align="center">**Declaration**</div>

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Judith M. Schvimmer/   Date Signed: 04/26/2012
Signatory's Name: Judith M. Schvimmer
Signatory's Position: Attorney of record, California State Bar member


RAM Sale Number: 1246
RAM Accounting Date: 04/27/2012

Serial Number: 85609199
Internet Transmission Date: Thu Apr 26 14:46:56 EDT 2012

DCE015560

TEAS Stamp: USPTO/FTK-63.206.126.135-201204261446560
65857-85609199-490c7704545fba3394965976d
a68ab45c70-DA-1246-20120426140530832746

DCE015561

# LA CREMA

DCE015562

La Crema - Our Wines



## Chardonnay

DCE015563