**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Date:** | February 12, 2014 | **Time:** | 12:39 p.m. |
| **Case No. and Name:** | C11-5639 EMC<br>Jackson Family Wines, et al. v. Diageo North America, et al. | | |
| **Deputy Clerk:** | Betty Lee | | |

**ORDER:**

- IT IS HEREBY ORDERED that the parties shall contact Magistrate Judge Laporte immediately to schedule a mandatory further settlement conference to be held on February 19, 2014 or February 20, 2014.

cc: Kristen Melen