COOLEY LLP
MICHAEL G. RHODES (State Bar No. 116127)
(rhodesmg@cooley.com)
JOHN W. CRITTENDEN (State Bar No. 101634)
(jcrittenden@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

COOLEY LLP
PETER J. WILLSEY (*pro hac vice*)
(pwillsey@cooley.com)
BRENDAN J. HUGHES (*pro hac vice*)
(bhughes@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Plaintiffs
JACKSON FAMILY WINES, INC. and
LC TM HOLDING LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY WINES, INC. and LC TM HOLDING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DIAGEO NORTH AMERICA, INC. and DIAGEO CHATEAU & ESTATE WINES CO., <br><br> Defendants. | Case No. CV-11-5639 (EMC) (JSC) <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action stipulate and agree that all claims shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: March 18, 2014

| /s/ Peter J. Willsey | /s/ Brendan J. O'Rourke |
|---|---|
| COOLEY LLP | PROSKAUER ROSE LLP |
| PETER J. WILLSEY (*pro hac vice*) | BRENDAN J. O'ROURKE (*pro hac vice*) |
| BRENDAN J. HUGHES (*pro hac vice*) | ADAM D. SIEGARTEL (*pro hac vice*) |
| 1299 Pennsylvania Ave., NW, Suite 700 | DAVID M. MUNKITTRICK (*pro hac vice*) |
| Washington, DC 20004-2400 | 11 Times Square |
| Telephone: (202) 842-7800 | New York, NY 10036 |
| Facsimile: (202) 842-7899 | Telephone: (212) 969-3000 |
|  | Facsimile: (212) 969-2900 |
|  |  |
| COOLEY LLP | PROSKAUER ROSE LLP |
| MICHAEL G. RHODES (116127) | ROBERT H. HORN (134710) |
| JOHN W. CRITTENDEN (101634) | 2049 Century Park East, 32nd Floor |
| 101 California Street, 5th Floor | Los Angeles, CA 90067-3206 |
| San Francisco, CA 94111-5800 | Telephone: (310) 557-2900 |
| Telephone: (415) 693-2000 | Facsimile: (310) 557-2193 |
| Facsimile: (415) 693-2222 |  |

*Attorneys for Plaintiffs*       *Attorneys for Defendants*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

/s/ Peter Willsey
Peter J. Willsey (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF electronic notification system on March 18, 2014.

>Brendan J. O'Rourke, Esq.
>Adam D. Siegartel, Esq.
>PROSKAUER ROSE LLP
>Eleven Times Square
>New York, NY 10036-8299
>borourke@proskauer.com
>asiegartel@proskauer.com
>
>Attorneys for Defendants
>DIAGEO NORTH AMERICA, INC. and
>DIAGEO CHATEAU & ESTATE WINES CO.
>
>*/s/ Peter J. Willsey*
>PETER J. WILLSEY (*pro hac vice*)
>COOLEY LLP
>1299 Pennsylvania Ave., NW, Suite 700
>Washington, DC  20004-2400
>Telephone: (202) 842-7800
>Facsimile:  (202) 842-7899
>
>Attorney for Plaintiffs
>JACKSON FAMILY WINES, INC. and
>LC TM HOLDING, LLC

214761 /DC

3

**STIPULATION OF DISMISSAL**
**Case No. 3:11-cv-05639-EMC (JSC)**