# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON FAMILY WINES, INC. and LC TM HOLDING, LLC, | Case No. CV-11-5639 (EMC) (JSC) |
| Plaintiffs, | [PROPOSED] ORDER TO PARTIES' STIPULATION OF DISMISSAL |
| v. | |
| DIAGEO NORTH AMERICA, INC. and DIAGEO CHATEAU & ESTATE WINES CO., | JUDGE EDWARD M. CHEN |
| Defendants. | |

As the parties stipulated,

IT IS HEREBY ORDERED that all claims shall be dismissed with prejudice. Further, each party shall bear its own attorneys' fees and costs.

Dated: 3/18/14

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER TO STIPULATION OF DISMISSAL
11-CV-05639-EMC